No. 341.   D'IMPERIO *v.* SECRETARY OF THE TREASURY OF PUERTO RICO.   C. A. 1st Cir.   Certiorari denied. *Orlando J. Antonsanti* for petitioner.   *José Trías Monge,* Attorney General of Puerto Rico, and *Manuel J. Medina Aymat,* Assistant Attorney General, for respondent.

No. 344.   ELCHIBEGOFF *v.* DULLES, SECRETARY OF STATE, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for respondents.

No. 346.   TADIO *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *William B. Mahoney, Hyman Karnofsky* and *Arnold Weiss* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 347.   BLACKMAN *v.* BALABAN & KATZ CORP. ET AL. C. A. 7th Cir.   Certiorari denied.   *Edward Blackman, pro se. Edward R. Johnston* and *Wesley G. Hall* for Balaban & Katz Corporation et al., *John F. Caskey* and *Francis E. Matthews* for Twentieth Century-Fox Film Corporation, *Miles G. Seeley* for Loew's Incorporated et al., and *Irving Goodman* and *John S. Miller* for the 32 West Randolph Corporation, respondents.

No. 349.   GREAT NORTHERN RAILWAY Co. *v.* HALLADA. Supreme Court of Minnesota.   Certiorari denied.   *Edwin C. Matthias* and *Anthony Kane* for petitioner.   *Carl L. Yaeger* for respondent.